# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRY HENRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (1) STATE FARM MUTUAL ) <br> AUTOMOBILE INSURANCE ) <br> COMPANY; and ) <br> (2) STATE FARM FIRE AND ) <br> CASUALTY COMPANY, ) <br> ) <br> Defendants. ) | Case No.  13-CV-395-GKF-PJC |

## STATUS REPORT
## ON REMOVED ACTION

**This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. Additional sheets may be used as necessary.**

**I.     State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| District Court of Rogers County, State of Oklahoma | CJ-2013-237 |

**II.    Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third Party Plaintiff(s), and Third Party Defendant(s) whether still pending or now termed/dismissed and indicate their party type.  Also, please list the attorney(s) of record for each party and include their OBA number, firm name, correct mailing address, and phone number (including area code).

Case 4:13-cv-00395-GKF-PJC   Document 3 Filed in USDC ND/OK on 07/01/13   Page 1 of 5

| Party | Party Type | Attorneys |
|---|---|---|
| Terry Henry | Plaintiff | Mr. Donald E. Smolen, II<br>Mr. Jack Beesley<br>Attorneys at Law<br>701 S. Cincinnati Ave.<br>Tulsa, Oklahoma 74119 |
| State Farm Mutual Automobile Insurance Company | Defendant | John S. Gladd, OBA #12307<br>Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco<br>525 S. Main, Suite 1500<br>Tulsa, OK 84103<br>(918) 582-8877 |
| State Farm Fire and Casualty Company | Defendant | John S. Gladd, OBA #12307<br>Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco<br>525 S. Main, Suite 1500<br>Tulsa, OK 84103<br>(918) 582-8877 |

**III.     Jury Demand:**

Was a Jury Demand made in State Court?          _____ Yes     \_X\_ No

If "Yes," by which party(ies) and on what date?

_____            _____
Party                                                                Date

**IV.     Complaints, Counter-Claims, Cross-Claims, Third-Party Complaints, Intervenor Complaints:**

Please list all Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints and Amended Intervenor Complaints filed in State Court and indicate the filing party, whom it is against and the date filed.

| Claims | Filed By | Against Whom | Date Filed |
|---|---|---|---|
| Alleged breach of insurance contract and alleged breach of the duty of good faith and fair dealing | Plaintiff, Terry Henry | Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company | May 2, 2013 |
|  |  |  |  |

**V.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| None |  |
|  |  |

**VI.   Answer:**

Was an Answer made in State Court?                    X    Yes    _____ No

If "Yes," by which party(ies), the document answered and on what date?

| Party | Answer To | Date Filed |
|---|---|---|
| Defendants, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company | Petition | June 26, 2013 |
|  |  |  |

**VII.   Nonsuited, Dismissed or Terminated Parties:**

Please list the parties who have been terminated or dismissed from the State Court action and indicate the date of termination/dismissal.

| Party | Date Termed/Dismissed |
|---|---|
| None | |
| | |

**VIII.   Remaining Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| | |

**IX.   Pending Motions:**

Please list all contested motions still pending in the case and indicate the filing party and date filed.

| Pending Motions | Filed By | Date Filed |
|---|---|---|
| None | | |
| | | |

| | |
|---|---|
| Signature: | /s/ John S. Gladd |
| Printed Name: | |
| Bar Number: | 12307 |
| Attorney for: | State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company |
| Law Firm: | Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco |
| Address: | 525 S. Main, Suite 1500, Tulsa, OK 74103 |
| Telephone: | (918) 582-8877 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2013, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. Donald E. Smolen, II
Mr. Jack Beesley
Attorneys at Law
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119

                                                    /s/ John S. Gladd