IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRY HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-CV-395-GKF-PJC |
| | ) |
| (1) STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY; and | ) |
| (2) STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF FILING NOTICE OF REMOVAL IN STATE COURT

STATE OF OKLAHOMA )
                            ) ss.
COUNTY OF TULSA )

       John S. Gladd, being first duly sworn, deposes and states that he is the attorney for Defendants, State Farm Automobile Insurance Company and State Farm Fire and Casualty Company, and has this date filed in the United States District Court of the Northern District of Oklahoma, the Notice of Removal, together with a copy of the Notice to Parties of Removal with the Clerk of the District Court in and for Rogers County, Oklahoma. The Notice which was served on counsel for Plaintiff and upon the Clerk of the District Court of Rogers County, State of Oklahoma, are attached.

       FURTHER AFFIANT SAITH NOT!

                                                /s/ John S. Gladd
                                                John S. Gladd

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

Subscribed and sworn to before me this <u>1st</u> day of July, 2013.

_Michelle A Cook_
Notary Public

My Commission Expires:

