# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRY HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  13-CV-395-GKF-PJC |
| | ) |
| (1) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and | ) |
| (2) STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO PARTIES OF REMOVAL

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §1446 (1992), the Defendants, State Farm Automobile Insurance Company and State Farm Fire and Casualty Company, have this date filed in the United States District Court for the Northern District of Oklahoma, their Notice of Removal of the action pending in the District Court in and for Rogers County, State of Oklahoma, under the style of <u>Terry Henry v. State Farm Automobile Insurance Company and State Farm Fire and Casualty Company</u>, Case No. CJ-2013-237, and has caused a copy of said Notice of Removal to be filed with the Clerk of the District Court in and for Rogers County, State of Oklahoma, and a copy of said Notice of Removal is hereto attached and made a part of this Notice.

You are further notified that said cause has been docketed in the United States District Court for the Northern District of Oklahoma, under the number and style as set forth above.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO**
A Professional Corporation


   /s/John S. Gladd
John S. Gladd, OBA #12307
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for fling and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. Donald E. Smolen, II
Mr. Jack Beesley
Attorneys at Law
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
Attorneys for Plaintiffs


   /s/ John S. Gladd