IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-395- GKF-PJC |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY; & STATE FARM FIRE & ) | |
| AND CASUALTY COMPANY, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

The Court having granted plaintiff Terry Henry's Motion for Dismissal Without Prejudice upon the condition that, if the claim is re-filed, plaintiff shall pay defendants' recoverable fees and costs incurred in this case should defendant prevail in the re-filed lawsuit, and that plaintiff shall pay any necessary duplicative fees and costs incurred by defendants should the plaintiff prevail in the re-filed lawsuit,

THIS CASE IS HEREBY DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of July, 2014.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT